FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 3:57:32 PM
CHRISTOPHER A. PRINE
Clerk

**CAUSE NO. 2014-57804**

| | | |
|---|---|---|
| HECTOR'S STEEL CO., | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SABER CONSTRUCTION, INC., | § | |
| *Defendant* | § | 133rd JUDICIAL DISTRICT |

## JOINT NOTICE OF NONSUIT WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, HECTOR'S STEEL CO., and Defendant, SABER CONSTRUCTION, INC. as Movants herein, and file this Joint Notice of Nonsuit with Prejudice of all Claims, and in support thereof, would show the court the following:

I.

Plaintiff, HECTOR'S STEEL CO., gives notice of the nonsuit of all of its claims against Defendant, SABER CONSTRUCTION, INC., with prejudice.

Defendant/Counter-Plaintiff, SABER CONSTRUCTION, INC., gives notice of nonsuit of all of their counterclaims against Plaintiff/Counter-Defendant, HECTOR'S STEEL CO, with prejudice.

WHEREFORE, PREMISES CONSIDERED, Movants pray for an order of nonsuit effective on the date of this filing, and for such other and further relief to which it may be justly entitled.



5075956v1

Respectfully submitted,

**THE SHEENA LAW FIRM**

By: /s/ *Danny M. Sheena*

DANNY M. SHEENA, P.E.
State Bar No. 00792830
2500 West Loop South, Suite 518
Houston, Texas 77027-4508
(713) 224-6508
(713) 225-1560 Facsimile
E-mail: Danny@Sheenalawfirm.com
**ATTORNEY FOR PLAINTIFF HECTOR'S STEEL CO.**


**PORTER HEDGES LLP**

By: /s/ Sean M. McChristian

　　**ALLISON J. SNYDER**
　　State Bar No.: 18813800
　　**SEAN M. McCHRISTIAN**
　　State Bar No.: 24067751
　　1000 Main Street, 36th Floor
　　Houston, Texas  77002
　　(713) 226-6622 Snyder telephone
　　(713) 226-6222 Snyder facsimile
　　asnyder@porterhedges.com
　　(713) 226-6632 McChristian telephone
　　(713) 226-6232 McChristian facsimile
　　smcchristian@porterhedges.com

**ATTORNEYS FOR DEFENDANT SABER CONSTRUCTION, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was sent via first class mail and/or facsimile and/or certified mail, return receipt requested and/or electronic mail, and/or electronically through the electronic filing manager to all counsel of record on this the 28th day of August, 2015.

　　　　　　　　　　/s/ Sean M. McChristian
　　　　　　　　　　SEAN M. MCCHRISTIAN

5075956v1

**McChristian, Sean M.**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Friday, August 28, 2015 5:17 PM |
| **To:** | McChristian, Sean M. |
| **Subject:** | eFileTexas.gov - Filing Submitted - 6710989 |



# Filing Submitted

Envelope Number: **6710989**

The filing below has been submitted to the clerks office for review. Please allow up to 24 business hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Harris County District Civil |
| **Date/Time Submitted:** | 8/28/2015 5:15:54 PM |
| **Filing Type:** | Notice |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | Sean McChristian |

| Fee Details | |
|---|---|
| This envelope is pending review and fees may change. | |
| Case Fee Information | $2.06 |
| Payment Service Fees | $0.06 |
| Court Transaction Fees | $2.00 |
| Notice | $0.00 |

**Total:** $2.06 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| **Lead File:** | 2015-08-28 Joint Notice of Nonsuit.pdf |
| **Lead File Page Count:** | 2 |
| **File Copy** | https://efile.txcourts.gov/ViewDocuments.aspx?FID=2fb1e756-7b05-40ae-a4b4-b7faa0c80443<br>This link is active for 35 days. |

| **Contact your service provider with any questions** |
| --- |

 Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was generated automatically by eFileTexas.gov